**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 21-1570**

---

ROSSI WADE & DAUGHTER (JANE DOE),

　　　　　Plaintiff - Appellant,

　　　v.

TRUIST BANK; SUNTRUST BANK AND BB&T MERGER (12/6/19); SUNTRUST "TRUIST" BANK; SUNTRUST CORP.; SUNTRUST HOLDINGS; KELLY S. KING, Truist Bank's Chairman & CEO; WILLIAM H. ROGERS, Truist Bank's President & CEO; JENNIFER S. BANNER, Member, Truist Bank Board of Directors; K. DAVID BOYER, JR., Member, Truist Bank Board of Directors; AGNES BUNDY SCALAN, Member, Truist Bank Board of Directors; ANNA R. CABLIK, Member, Truist Bank Board of Directors; PAUL R. GARCIA, Member, Truist Bank Board of Directors; DALLAS S. CLEMENT, Member, Truist Bank Board of Directors; PAUL D. DONAHUE, Member, Truist Bank Board of Directors; PATRICK C. GRANEY, III, Member, Truist Bank Board of Directors; LINNIE M. HAYNESWORTH, Member, Truist Bank Board of Directors; EASTER A. MAYNARD, Member, Truist Bank Board of Directors; DONNA S. MOREA, Member, Truist Bank Board of Directors; CHARLES A. PATTON, Member, Truist Bank Board of Directors; NIDO R. QUEBEIN, Member, Truist Bank Board of Directors; DAVID M. RATCLIFFE, Member, Truist Bank Board of Directors; FRANK O. SCRUGGS, JR., Member, Truist Bank Board of Directors; CHRISTINE SEARS, Member, Truist Bank Board of Directors; THOMAS E. SKAINS, Member, Truist Bank Board of Directors; BRUCE L. TANNER, Member, Truist Bank Board of Directors; THOMAS N. THOMPSON, Member, Truist Bank Board of Directors; STEVEN C. VOORHEES, Member, Truist Bank Board of Directors; MAURICE STEWARD, Branch Manager; JODI MEADOWS, Operations Manager; STEPHON CUMBERBATCH, Branch Manager; CYNTHIA WILLIAMS, Executive Manager,

　　　　　Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge. (8:20-cv-00656-GJH)

_____

Submitted:  October 28, 2021                                        Decided:  November 2, 2021

_____

Before NIEMEYER, WYNN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Rossi Wade, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rossi Wade appeals the district court's order dismissing Wade's complaint and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wade v. Truist Bank*, No. 8:20-cv-00656-GJH (D. Md. Jan. 28 & May 10, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*